DocuSign Envelope ID: C340ABEA-ECC1-46F3-A___-195F05232613

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| X FEPA | 650-21-035 |
| X EEOC | 36A-2021-00034 |

**Austin Equal Employment/Fair Housing Office** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Stephanie Brower | (949) 436-1710 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 1406 Bouldin Ave., Austin, TX, 78704 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Amherst Holding, LLC | 201-500 | (512) 342-3000 |

| Street Address | City, State and ZIP Code |
|---|---|
| 5001 Plaza on the Lake, Ste. 200, Austin, TX, 78746 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 07/14/2020   Latest: 07/14/2020
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

**Harm:** I was denied my vested shares and units.
**Background Information:** I was hired by Amherst Holdings LLC on October 22, 2018 as VP of Sales and Customer Success.
**Statement:** I resigned my employment, with advance notice, effective July 14, 2020. Part of my compensation had been vested shares in the Amherst Residential Equity Incentive Plan and units in the 2018 Partner Fund Plan. On July 14, 2020, I received written notice that Amherst was "calling" my vested shares and units at a stated price of zero dollars. When I asked the Head of Human Capital, who had made this decision, they stated that it was Sean Dobson, Chairman and Drew Flahive, President. I am informed that males whose employment ended were not deprived of their vested units and shares in a similar manner.
**Respondents Reason for Adverse Action:** None provided
**Discrimination Statement:** I believe I have been discriminated against in violation of Texas Labor Code, Chapter 21 and the following federal statute(s): Title VII of the Civil Rights Act.

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 1/11/2021

Charging Party Signature: *Stephanie Brower* (DocuSigned, 185B66CEF5CB4DC...)

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)